Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
District of Montana ▼

_____ Division

| | |
|---|---|
| LETA J. ATKINSON <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -v- <br><br> WELLS FARGO BANK N.A. TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. **CV-22-43-GF-BMM-JTJ** <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Leta J. Atkinson |
   | Street Address | LA 1 Drive |
   | City and County | Poplar, Roosevelt |
   | State and Zip Code | Montana,n 59255 |
   | Telephone Number | 406-768-7348 |
   | E-mail Address | atkinsonletaj@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | WELLS FARGO BANK N.A. |
| Job or Title *(if known)* | TRUSTEE FOR CARRINGTON MORTGAGE |
| Street Address | 1610 E. ST ANDREW PLACE |
| City and County | SANTA ANA, ORANGE |
| State and Zip Code | CALIFORNIA, 92707 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | DAVID L. IRVING |
| Job or Title *(if known)* | ATTORNEY FOR WELLS FARGO BANK N.A. |
| Street Address | DRAWER B |
| City and County | GLASGOW, VALLEY |
| State and Zip Code | MONTANA, 59230 |
| Telephone Number | 406-228-2554 |
| E-mail Address *(if known)* | irvinglaw@nemont.net |

Defendant No. 3

| | |
|---|---|
| Name | JASON J. HENDERSON |
| Job or Title *(if known)* | JUDGEMENT CREDITOR MACKOFF KELLOGG LAW FIRM |
| Street Address | 38 2nd AVE. EAST |
| City and County | DICKINSON |
| State and Zip Code | NORTH DAKOTA, 58601 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
FOURTEENTH AMENDMENT,

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
        and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
FORT PECK RESERVATION, ROOSEVELT COUNTY

B.    What date and approximate time did the events giving rise to your claim(s) occur?
11/01/2019, 12/16/2019, 02/24/2020

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I received a notice of default from Carrington Mortgage Services for non-payment in July 2010 and August 2010. I then received a notice of Intent to Foreclose. An auction was held on November 1st, 2019. I was the highest bidder for $168,400. I was ordered to pay %10 by 4:30pm that day to secure my bid. My counsel Robert Welch was not at the auction. I made several attempts by phone and in person visits to my counsels office and David Irvings office to remedy a plan to make the purchase in full. Neither one made themselves available for the whole redemption period. A few weeks after the auction I was informed that Wells Fargo was the 2nd highest bidder with a bid of $168,355. I initially owed around $40,000 to Carrington Mortgage Services. I do not remember agreeing to a Loan Modification Agreement for $81,079.81. After several other fees added on from taxes, insurance and interest the total amount was $138,641.73. I needed my counsel to help me figure this out. Instead I was forced into Foreclosure. I am now without counsel and have been ordered to be forcibly evicted along with my 2 grandchildren

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I have been ordered to be forcibly evicted by tribal law enforcement along with my 2 grandchildren who I have kinship of. I am an enrolled member of The Fort Peck Assinaboine and Sioux Tribes. My house and the land it sits on are on tribal land. My grandchildren would not be able to inherit the tribal land once im gone if its taken from me

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(1) I would like the Court to allow me to keep my house and land. I would also like the court to order David Irving to quit harrassing me and my family. I would like to be relieved from the debt im in with Wells Fargo Bank. I believe im entitled to my house and land back for the ineffective assistance of Robert Welch.

(2) I believe I am entitled relief of the debt I owe Wells Fargo Trustee for Carrington for the false claim that initially started the foreclosure process.

Page 5 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/09/2022

Signature of Plaintiff  *Leta J. Atkinson*

Printed Name of Plaintiff  Leta J. Atkinson

### B. For Attorneys

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____