# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| LETA J. ATKINSON,<br><br>            Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK N.A. TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST; DAVID L. IRVING; AND JASON J. HENDERSON,<br><br>            Defendants. | 4:22-cv-00043-BMM-JTJ<br><br><br>**ORDER GRANTING WELLS FARGO'S MOTION TO VACATE PRELIMINARY PRETRIAL CONFERENCE AND ASSOCIATED DEADLINES** |

Defendant Wells Fargo Bank N.A., as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC5 Asset-Backed Pass-Through Certificates ("Wells Fargo") filed its Motion to Vacate the Preliminary Pretrial Conference and Associated Deadlines set forth in the Court's June 22, 2022, Order (ECF No. 11). Because Wells Fargo filed a Motion to Dismiss Plaintiff Leta J. Atkinson's Complaint, and in the interest of efficiency and to avoid unnecessary fees and costs, the Court GRANTS Wells Fargo's Motion to Vacate.

IT IS HEREBY ORDERED this Court's Order dated June 22, 2022, and all associated deadlines and conferences set forth in the order, including the July 27,

1

2022, preliminary pretrial conference, are hereby vacated. The Court will enter a new preliminary pretrial order if it denies Wells Fargo's Motion to Dismiss.

DATED this day of July, 2022.

John Johnston
United States Magistrate Judge