UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| LETA J. ATKINSON,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK N.A.TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST;  DAVID L. IRVING; AND JASON J. HENDERSON,<br><br>Defendants. | Case No. CV-22-43-GF-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. Wells Fargo's Motion to Dismiss (Doc. 6) is GRANTED.

2. Atkinson's Complaint is DISMISSED with prejudice.

3. The Clerk is directed to enter judgment accordingly.

Dated this 17th day of October, 2022.

TYLER P. GILMAN, CLERK

By: /s/ Traci Orthman
Traci Orthman, Deputy Clerk